# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                    Appellant,

vs.

KESHONE OWENS,
                    Respondent.

No. 84344

**FILED**

JUL 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting respondent's motion to correct or modify sentence. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

On April 20, 2022, the district court entered an order vacating the February 2, 2022, order challenged in this appeal and transferring the matter to the First Judicial District Court. On June 8, 2022, this court entered an order directing the State to show cause why this appeal should not be dismissed for lack of jurisdiction. In response to the show-cause order, the State concedes that this appeal is premature. *See* NRS 177.015(3) (stating that appellant may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Erika D. Ballou, District Judge
Attorney General/Carson City
Attorney General/Las Vegas
Michael Lasher LLC
Eighth District Court Clerk